John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF REDDING, a public entity; DOES 1-20, inclusive,<br>                Defendants. | CASE NO. 2:20-cv-01435-WBS-DMC<br><br>**PETITION OF SHEILA BROWN TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR R.H.**<br><br>**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)]** |

## **PETITION**

1.    Petitioner, SHEILA BROWN, is the mother of the minor whose name and date of birth is set forth below:

    a.    R.H. - Date of Birth: xx/xx/2017.

2.    Petitioner seeks to be appointed as the guardian ad litem for the above-named minor.

///

///

1

PETITION OF SHEILA BROWN TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR R.H.

3.      The above-named minor has commenced this action for the wrongful death and civil rights violation of her natural father, Eric Jay Hames. The civil rights violation occurred on or about August 27, 2018, in the County of Shasta.  As a result of said civil rights violation, Eric Jay Hames died on or about August 27, 2018, in the County of Shasta.

4.      Petitioner's address is R.H., a minor, by and through her guardian ad litem, Sheila Brown c/o Taylor & Ring, 1230 Rosecrans Avenue, Suite 360, Manhattan Beach, CA 90266.

5.      Petitioner is a responsible person and fully competent to act as the minor's guardian ad litem.

6.      Petitioner is willing to act as guardian ad litem for the above-named minor, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing her as the guardian ad litem for the above-named minor, for the purpose of bringing this action.


Dated: July 15, 2020                              TAYLOR & RING, LLP


                                                          By:_____
                                                                John C. Taylor
                                                                Neil K. Gehlawat
                                                                Attorneys for Plaintiffs


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 15th day of July, 2020, at Redding, CA.


                                                          _____
                                                          Sheila Brown

///

///

PETITION OF SHEILA BROWN TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR R.H.

## CONSENT TO ACT AS GUARDIAN AD LITEM

I, SHEILA BROWN, consent to act as guardian ad litem for R.H., a minor in the above-entitled action.

_____
Sheila Brown

## ORDER

The Court grants Sheila Brown's petition to be appointed guardian ad litem for Plaintiff R.H., a minor.

IT IS SO ORDERED.

Dated:  July 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PETITION OF SHEILA BROWN TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR R.H.