DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for Defendants
CITY OF REDDING, JOE ROSSI, JAY GUTERDING, and
BRETT LEONARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, a public entity; JOE ROSSI, an individual; KIP KINNEAVY, an individual; JAY GUTERDING, an individual; BRETT LEONARD, an individual; and DOES 5 through 20 inclusive,<br><br>Defendants. | Case No. 2:20-CV-01435-WBS-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DATES** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs R.H., a minor, by and through her guardian ad litem, Sheila Brown, and ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennet (hereinafter, collectively "Plaintiffs") and Defendants CITY OF REDDING, JOE ROSSI, KIP KINNEAVY, JAY GUTERDING and BRETT LEONARD (hereinafter, collectively "Defendants") by and through their designated counsel, that:

WHEREAS, on July 17, 2020, Plaintiffs filed their Complaint (Dkt. No. 1);

WHEREAS, on August 10, 2020, Plaintiffs filed their First Amended Complaint (Dkt. No. 8);

WHEREAS, on September 14, 2020, Defendants City of Redding, Joe Rossi, Jay Guterding and Brett Leonard filed their Answer (Dkt. No. 10);

WHEREAS, on November 13, 2020, Defendant Kip Kinneavy filed his Answer (Dkt. No. 14);

WHEREAS, on November 16, 2020, the Court issued the Pre-Trial Scheduling Order (Dkt. No. 16);

WHEREAS, the Parties did proceed as best able by Zoom depositions, but have been delayed in retaining and completing discovery because of Covid;

WHEREAS, counsel for Defendants City of Redding, Joe Rossi, Jay Guterding and Brett Leonard, Mr. Dale Allen, and counsel for Plaintiffs, Mr. Neil Gehlawat, are completing expert depositions in a trial set for August 17, 2021 in Shasta Superior Court with Judge Stephen Baker further causing delays in completing discovery;

WHEREAS, this is the first request for an extension on the case management schedule and for the limited purposes of continuing discovery dates;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Discovery Cut-Off:<br>(Inclusive of all expert depositions) | September 24, 2021 |
| Expert Witness Disclosures: | July 30, 2021 |
| Rebuttal Expert Witness Disclosures: | August 27, 2021; and |

WHEREAS, the Parties met and conferred and agreed to extend discovery dates and set the case schedule as proposed below:

| | |
|---|---|
| Discovery Cut-Off:<br>(Inclusive of all expert depositions) | October 15, 2021 |
| Expert Witness Disclosure: | September 10, 2021 |
| Rebuttal Expert Witness Disclosure: | September 27, 2021 |

**IT IS SO AGREED.**

Dated: July 14, 2021

By: */s/ Neil K. Gehlawat*
NEIL K. GEHLAWAT
Attorneys for Plaintiffs
R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,

Dated: July 14, 2021

By: */s/ Dale L. Allen, Jr.*
DALE L. ALLEN, JR.
Attorneys for Defendants
CITY OF REDDING, JOE ROSSI, JAY GUTERDING, AND BRETT LEONARD

Dated: July 14, 2021

By: */s/ Gary G. Goyette*
GARY G. GOYETTE
Attorney for Defendant
KIP KINNEAVY

**IT IS SO ORDERED.**

**Dated:  July 19, 2021**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE