John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF REDDING, a public entity; JOE ROSSI, an individual; KIP KINNEAVY, an individual; JAY GUTERDING, an individual; BRETT LEONARD, an individual; and DOES 5-20, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01435-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**ORDER CONTINUING CERTAIN DATES** |

///
///
///
///
///

The parties, by and through their attorneys of record, stipulate as follows:

1. The parties wish to engage the services of Hon. Jennifer Thurston in the Eastern District to conduct a settlement conference.
2. The parties wish to participate in the settlement conference before exchanging expert disclosures and conducting expert discovery, given the time and expense involved in the same.
3. The current discovery schedule is as follows:

    Discovery Cut-Off: October 15, 2021

    Expert Witness Disclosures: September 10, 2021

    Rebuttal Expert Witness Disclosures: September 27, 2021

    Motion Filing Deadline: November 5, 2021

    Final Pre-Trial Conference: January 18, 2022, at 1:30 p.m.
4. The parties wish to continue these deadlines as follows:

    Discovery Cut-Off: November 12, 2021

    Expert Witness Disclosures: October 15, 2021

    Rebuttal Expert Witness Disclosures: October 29, 2021

    Motion Filing Deadline: November 19, 2021

    Final Pre-Trial Conference: **January 31, 2022**, at 1:30 p.m.[1]
5. The parties will contact the Court to schedule a settlement conference in late September/early October prior to proposed new deadline for exchanging expert disclosures.

---

[1] The parties stipulated to January 25, 2022. That date is not available on the District Judge's calendar.

Having reviewed the parties' stipulation and good cause appearing, the stipulation is adopted by the Court.

**IT IS SO ORDERED.**

Dated:  September 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE