John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF REDDING, a public entity; JOE ROSSI, an individual; KIP KINNEAVY, an individual; JAY GUTERDING, an individual; BRETT LEONARD, an individual; and DOES 5-20, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01435-WBS-DMC<br><br>Hon. William B. Shubb<br><br>**STIPULATION AND ORDER CONTINUING CERTAIN DATES** |

///
///
///
///
///

1

The parties, by and through their attorneys of record, stipulate as follows:

1. Counsel for Plaintiffs and counsel for Defendants City of Redding, Rossi, Guterding, and Leonard were scheduled to begin a 4-week trial on October 26, 2021 in Shasta County Superior Court in the matter of *Lang v. City of Redding, et al.* (Case No. ).

2. In anticipation of trial, the parties were engaged in taking expert depositions and preparing pretrial documents.  On October 22, 2021, the parties in the *Lang* matter were notified that the trial would be continued to a later date due to courtroom unavailability in Shasta County.

3. The parties still have to conduct discovery in this case, which was in part put on hold due to preparing for the *Lang* trial.  Specifically, the parties have to conduct the following discovery:

    a. The depositions of experts (2), since disclosures were recently exchanged in the case;

    b. The depositions of Plaintiffs (2); and

    c. The deposition of the 30(b)(6) for the City of Redding, which may involve multiple deponents (and which may prompt the preparation of a supplemental/rebuttal expert report from Plaintiffs' expert).

4. In order to complete the foregoing discovery, and in anticipation of the upcoming Thanksgiving holiday, the parties are requesting a modification to the current discovery schedule.

5. The current discovery schedule is as follows:

    Discovery Cut-Off: November 12, 2021

    Expert Witness Disclosures: October 15, 2021

    Rebuttal Expert Witness Disclosures: October 29, 2021

    Motion Filing Deadline: November 19, 2021

    Final Pre-Trial Conference: January 31, 2021, at 1:30 p.m.

///

6. The parties propose that the current discovery schedule be modified as follows:

Rebuttal Expert Witness Disclosures: November 5, 2021

Discovery Cut-Off: November 19, 2021

Motion Filing Deadline: December 20, 2021

Motion Hearing Date: January 24, 2022

Final Pre-Trial Conference: February 7, 2022, at 1:30 p.m.

DATE: October 26, 2021    TAYLOR & RING

By: /s/ Neil K. Gehlawat
    John C. Taylor
    Neil K. Gehlawat
    Attorneys for Plaintiffs

DATE: October 26, 2021    ALLEN, GLAESSNER,
                                        HAZELWOOD & WERTH, LLP

By: /s/ Dale Allen
    Dale Allen
    Attorneys for Defendants
    City of Redding, Joe Rossi,
    Jay Guterding, and Brett Leonard

DATE: October 26, 2021    GOYETTE, RUANO & THOMPSON, INC.

By: /s/ Martin Ruano
    Martin Ruano
    Caitlyn I. Andrijich
    Attorneys for Defendant
    Kip Kinneavy

STIPULATION AND ORDER CONTINUING CERTAIN DATES

Having reviewed the parties' stipulation and good cause appearing, the scheduling order is modified as follows:

**IT IS SO ORDERED.**

Rebuttal Expert Witness Disclosures: November 5, 2021

Discovery Cut-Off: November 19, 2021

Motion Filing Deadline: December 20, 2021

Motion Hearing Date: **January 24, 2022 at 1:30 p.m.**

Final Pre-Trial Conference: **March 14, 2022, at 1:30 p.m.**

The Jury Trial is reset for **May 17, 2022 at 9:00 a.m.**

Dated:  October 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE