John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, a public entity; JOE ROSSI, an individual; KIP KINNEAVY, an individual; JAY GUTERDING, an individual; BRETT LEONARD, an individual; and DOES 5-20, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-01435-WBS-DMC<br><br>**ORDER RE: JOINT STIPULATION** |

///
///
///
///
///

1

ORDER RE: JOINT STIPULATION

# ORDER

Having reviewed the parties' Joint Stipulation and good cause appearing, the Court issues the following ORDER:

Plaintiffs have dismissed their state court action in Shasta County against Defendants, without prejudice.  Plaintiffs' state law claims against Defendants for battery, violation of the Bane Act, and negligence are reinstated.  Plaintiffs' Fourteenth Amendment claim against Defendants is dismissed in exchange for a waiver of costs.

Jury Trial in this matter is scheduled for **July 11, 2023 at 9:00 a.m.**  A final pretrial conference in this matter is scheduled for **May 8, 2023 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  February 16, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE