John C. Taylor, State Bar No. 78389
Neil K. Gehlawat, State Bar No. 289388
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266

Telephone: (310) 209-4100
Facsimile: (310) 208-5052

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF REDDING, a public entity; JOE ROSSI, an individual; KIP KINNEAVY, an individual; JAY GUTERDING, an individual; BRETT LEONARD, an individual; and DOES 5-20, inclusive, <br><br> Defendants. | CASE NO. 2:20-cv-01435-WBS-DMC <br><br> **ORDER RE: JOINT STIPULATION RE: PRETRIAL CONFERENCE** <br><br> Pretrial Conference: <br><br> Date: May 22, 2023 <br><br> Time: 1:30 p.m. <br><br> Location: Courtroom 5 |

///

///

///

///

///

1

JOINT STIPULATION RE: PRETRIAL CONFERENCE

# **ORDER**

The Court, having reviewed the parties' Stipulation and good cause appearing, issues the following ORDER:

The pretrial conference in this matter is continued to June 5, 2023 at 1:30 p.m. in Courtroom 5.

Dated:  May 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE