IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor through guardian ad litem, Sheila Brown, et al., | No. 2:20-CV-1435-WBS-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

        Plaintiffs, who are proceeding with retained counsel, bring this civil action. A settlement conference is scheduled for June 26, 2023, at 9:00 a.m., before the undersigned. Pursuant to the parties' joint request, the settlement conference will be conducted via Zoom. The Court will provide the parties connection information separately.

        The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by June 20, 2023. These statements <u>shall not be filed</u>. Unless otherwise notified by the undersigned, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. <u>See</u> Local Rule 270(f)(1).

/ / /

/ / /

/ / /

1

Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

Dated: June 8, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.H., a minor through guardian ad litem, Sheila Brown, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REDDING, et al., <br><br> Defendants. | No.  2:20-CV-1435-WBS-DMC |

WAIVER OF DISQUALIFICATION

   Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____        _____
              By:   For Plaintiff(s)

DATED: _____        _____
              By:   For defendant(s)

3