DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
AMEET D. PATEL, State Bar No. 343413
apatel@aghwlaw.com ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendants
CITY OF REDDING, JOE ROSSI, JAY GUTERDING, and
BRETT LEONARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor, by and through her guardian ad litem, Sheila Brown; ESTATE OF ERIC JAY HAMES, by and through its personal representative, Crystal Dunlap-Bennett,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, a public entity; JOE ROSSI, an individual; KIP KINNEAVY, an individual; JAY GUTERDING, an individual; BRETT LEONARD, an individual; and DOES 5 through 20 inclusive,<br><br>Defendants. | Case No. 2:20-CV-01435-WBS-DMC<br><br>**STIPULATION AND ORDER SETTING PRETRIAL CONFERENCE**<br><br>Hon. Judge William B. Shubb<br><br>Ctrm:   5, 14th Floor<br>Trial:   July 11, 2023 |

Pursuant to the pretrial order the in person pretrial appearance of June 5 was vacated, and the order remanded the parties to an MSC with Judge Cota. The order also advised that if the parties requested modification of the pretrial order the modification must be submitted within 7 days (Dkt. 58).

The parties contacted Judge Cota's clerk and all counsel accepted June 26 as a date for an MSC with Judge Cota. The MSC is to be held by Zoom. (Dkt. 59)

On June 8, the parties submitted a request to modify the order, and asked for pretrial appearance regarding certain filings and opportunity to obtain pretrial rulings. The order was granted. (Dkt. 60 and Dkt. 61).

The court clerk was contacted, and the available dates offered were June 20, June 26 and July 3. Because both plaintiff and defense counsel are conflicted on either/both June 20 and July 3, the parties request the pretrial conference be set for June 26, for the 1:30 p.m. calendar.  All the parties are appearing by Zoom for the MSC with Judge Cota and the MSC is starting at 9:00 a.m. Counsel understand the pretrial conference is in person, and all are going to be attending the MSC by Zoom in close proximity to the Sacramento courthouse.

The parties ask the pretrial commence after concluding the MSC, which may mean it may trail the calendar if the MSC runs past 1:30; alternatively the court set a time convenient to the court later in the afternoon.

Respectfully submitted,

Dated:  June 15, 2023        ALLEN, GLAESSNER,
                             HAZELWOOD & WERTH, LLP


By:  */s/ Dale Allen*
     DALE L. ALLEN, JR.
     KEVIN P. ALLEN
     AMEET D. PATEL
     Attorneys for Defendants
     CITY OF REDDING, JOE ROSSI, JAY
     GUTERDING, and BRETT LEONARD

Dated: June 15, 2023         TAYLOR & RING, LLP

By: */s/  Neil K. Gehlawat*
    John C. Taylor
    Neil K. Gehlawat
    Attorneys for Plaintiffs

Dated:  June 15, 2023        GOYETTE, RUANO & THOMPSON
                             By: */s/  Paul Goyette*
                                 Paul Goyette
                                 Derek Ulmer
                                 Attorneys for Defendant Kip Kinneavy

**IT IS SO ORDERED:**

A Pretrial Conference is set for **June 26, 2023 at 1:30 p.m.**   No later than 12:00 PM (Noon) on June 26, 2023, counsel shall contact the courtroom deputy regarding the status of the Settlement Conference now set before Magistrate Judge Cota on that same date.

Dated:  June 16, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

STIPULATION AND ORDER
2:20-CV-01435-WBS-DM

590769.1