IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.H., a minor through guardian ad litem, Sheila Brown, et al., | No. 2:20-CV-1435-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. On August 10, 2023, Plaintiffs filed a petition for approval of a minor's compromise. See ECF No. 102. The petition is defective. Eastern District of California Local Rule 202(b)(2) requires that petitions for approval of a minor's compromise shall be filed and calendared pursuant to Local Rule 230, which sets forth procedures for noticing and calendaring motions on the Court's hearing calendar. In this case, Plaintiffs' petition has not been noticed for a hearing by the undersigned as required by the Court's local rules. Plaintiffs shall cure this defect within seven

///

///

///

///

1

days of the date of this order by noticing their petition for hearing by the undersigned consistent with Local Rule 230.

        IT IS SO ORDERED.

Dated:  August 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE