1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.H., a minor through guardian ad litem, Sheila Brown, et al., | No.  2:20-CV-1435-DMC |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  The parties have filed a stipulation of voluntary dismissal.  Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed on the parties' notice.  See Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  December 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1